IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DUSTIN LEE PATTERSON                                                                    PLAINTIFF

v.                                                   CIVIL ACTION NO. 2:16-CV-66-KS-MTP

MAJOR MIKE HARLIN, et al.                                          DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause came on this date to be heard upon the Report and Recommendation [46] of the United States Magistrate Judge entered herein on November 27, 2017, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation [46], and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation [46] should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation [46] be, and the same hereby is, adopted as the finding of this Court. This action is **dismissed without prejudice** for failure to prosecute.

SO ORDERED AND ADJUDGED this the 2nd day of January, 2018.

                                                                 *s/Keith Starrett*
                                                                 UNITED STATES DISTRICT JUDGE